**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS A QUINONES ZUNIGA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, et al.,<br>Respondents. | Case No.: 26cv3856 DMS (MSB)<br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return. Petitioner did not file a Traverse.

Petitioner is a citizen of Guatemala and has resided in the United States since 2013. (Pet. at 4.) His spouse, from whom he is separated, is a United States citizen, as is his six-year-old daughter. (*Id.*) In 2022, Petitioner filed a self petition pursuant to the Violence Against Women Act ("VAWA") and an adjustment of status application. (*Id.*) He received a prima facie determination, which expires on September 6, 2026. On June 26, 2026, Petitioner was arrested and detained by immigration officers. He is currently detained at Otay Mesa Detention Center.

Petitioner filed the present case on July 3, 2026. He claims to be a member of the Deferred Action Class certified in *Immigration Center for Women and Children v. Noem*

("ICWC"), Case No. 25-cv-09848-AB-AS, a class action brought in the United States District Court for the Central District of California on behalf of immigrant victims of domestic violence, trafficking, and other serious crimes. (*Id.* at 1.) On May 20, 2026, that court issued a preliminary injunction staying a policy of Immigration and Customs Enforcement ("ICE") refusing to honor grants of deferred action conferred by United States Citizenship and Immigration Services ("USCIS") to individuals with pending petitions for U or T visas. (*Id.*) In the present Petition, Petitioner seeks to enforce his rights under the *ICWC* orders. Respondents do not dispute Petitioner is a member of the Deferred Action Class certified in *ICWC*. They simply assert his self petition remains pending and Petitioner is properly detained under 8 U.S.C. § 1225(b)(2).

In *Duarte v. Janecka*, No. 5:26-cv-3402-BFM, 2026 WL 1915721 (C.D. Cal. June 30, 2026), the petitioner claimed to be a member of one of the certified *ICWC* classes, and based on that court's preliminary injunction, argued the respondents were enjoined from detaining him for "immigration-enforcement purposes." *Id.* at *1. The respondents in *Duarte* did not oppose the petition, and thus the court granted the petition and ordered respondents to release the petitioner. *Id.* at *1-2.

Here, Respondents argue Petitioner is properly detained under § 1225(b)(2), but they fail to address the claims raised by Petitioner. Absent any opposition to the claims alleged, this Court follows the lead of *Duarte*, and grants the Petition. Respondents shall release Petitioner from custody forthwith. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: August 26, 2026



Hon. Dana M. Sabraw
United States District Judge